AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Bernard F. Woods
Plaintiff

V.

_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08-396

I, Bernard F. Woods, declare that I am the (check appropriate box)

- Petitioner/Plaintiff/Movant
- Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED JUN 30 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

RP scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   **Yes**   • No   (If "No" go to Question)

   If "YES" state the place of your incarceration  H.R.Y.C.I. Wilmington DE. 19809

   Inmate Identification Number (Required): 315300

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • Yes   **No**

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   April 16, 2008
   21 dollars a month  H.R.Y.C.I. 1301 E, 12th Street, Wilm, DE 19805

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • Yes | **No** |
   | b. | Rent payments, interest or dividends | • Yes | **No** |
   | c. | Pensions, annuities or life insurance payments | • Yes | **No** |
   | d. | Disability or workers compensation payments | • Yes | **No** |
   | e. | Gifts or inheritances | • Yes | **No** |
   | f. | Any other sources | **Yes** | • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. My Mom send me 50 dollars every month or every other month I expect it to remain the same. Sometime a friend or ex-girl may send me 20 dollars unexpected sometime but not often.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 4/05)

4.  Do you have any cash or checking or savings accounts?     ••Yes   (••No)

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                              ••Yes   (••No)

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. **NONE**

I declare under penalty of perjury that the above information is true and correct.



6/25/08
DATE

Bernard F. Woods
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an **affidavit** stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. **If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE  19801
(BUSINESS ADDRESS)

# Memorandum

To:         Bernard Woods, SBI # 215300, 1A, 8

From:     Business Office

Date:      June 6, 2008

Re:         Response to your letter.

---

Mr. Woods,

 Here is a copy of your 6 months history and balance.

RESIDENT HISTORY REPORT                                                                 Page 1 of 1

HRYCI
06/06/08 12:57
ST 006 / OPR JNM



```
SBI             : 215300
Resident Name   : WOODS, BERNARD
Time Frame      : 01/01/2008 12:27 - 06/06/2008 12:57
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/07/2008 | 07:33 | Order | 2 | DDT | B199755 | 7.67 | 0.76 |
| 01/23/2008 | 12:06 | Add | 4 | gmw | D83016 | 50.00 | 50.76 |
| 01/28/2008 | 08:48 | Order | 2 | DDT | B202600 | 38.72 | 12.04 |
| 02/04/2008 | 08:12 | Order | 2 | AFC | B203472 | 6.80 | 5.24 |
| 02/06/2008 | 11:36 | Add | 4 | J | D83846 | 50.00 | 55.24 |
| 02/07/2008 | 12:14 | Add | 4 | J | D83955 | 40.00 | 95.24 |
| 02/08/2008 | 12:21 | Credit | 11 | AFC | K7257 | 6.80 | 102.04 |
| 02/11/2008 | 07:28 | Order | 2 | DDT | B204385 | 40.21 | 61.83 |
| 02/25/2008 | 08:17 | Order | 2 | DDT | B206353 | 42.71 | 19.12 |
| 03/03/2008 | 07:37 | Order | 2 | AFC | B207323 | 13.69 | 5.43 |
| 03/07/2008 | 12:04 | Add | 4 | J | D85734 | 50.00 | 55.43 |
| 03/10/2008 | 09:14 | Order | 2 | DDT | B208409 | 26.25 | 29.18 |
| 03/17/2008 | 08:23 | Order | 2 | DDT | B209406 | 21.78 | 7.40 |
| 03/17/2008 | 12:08 | Add | 4 | J | D86297 | 20.00 | 27.40 |
| 03/24/2008 | 08:33 | Order | 2 | DDT | B210224 | 24.20 | 3.20 |
| 03/31/2008 | 10:42 | Order | 2 | DDT | B211295 | 2.29 | 0.91 |
| 04/10/2008 | 11:46 | Add | 4 | gmw | D87751 | 70.00 | 70.91 |
| 04/10/2008 | 12:25 | Add | 10 | bsp | J13134 | 15.00 | 85.91 |
| 04/14/2008 | 07:46 | Order | 2 | DDT | B213005 | 45.74 | 40.17 |
| 04/14/2008 | 09:20 | Add | 4 | gmw | D87896 | 7.95 | 48.12 |
| 04/15/2008 | 10:25 | Rec Payment | 10 | bsp | J13159 | 2.50 | 45.62 |
| 04/15/2008 | 10:56 | Credit | 11 | WLH | K8203 | 4.33 | 49.95 |
| 04/21/2008 | 11:42 | Add | 4 | jxs | D88258 | 20.00 | 69.95 |
| 04/22/2008 | 10:23 | Order | 2 | AFC | B214499 | 31.81 | 38.14 |
| 04/22/2008 | 12:45 | Rec Payment | 7 | SJW | G15628 | 4.00 | 34.14 |
| 04/29/2008 | 10:25 | Order | 2 | DDT | B215404 | 18.24 | 15.90 |
| 04/29/2008 | 13:30 | Rec Payment | 7 | SJW | G15797 | 4.00 | 11.90 |
| 05/06/2008 | 09:03 | Order | 2 | DDT | B216276 | 11.86 | 0.04 |
| 05/12/2008 | 15:13 | Add | 6 | JNM | F38328 | 50.00 | 50.04 |
| 05/13/2008 | 10:59 | Order | 2 | AFC | B217232 | 30.66 | 19.38 |
| 05/14/2008 | 15:06 | Add | 10 | bsp | J13848 | 21.00 | 40.38 |
| 05/20/2008 | 08:27 | Order | 2 | DDT | B218143 | 31.22 | 9.16 |
| 05/22/2008 | 15:17 | Rec Payment | 10 | bsp | J13963 | 1.00 | 8.16 |
| 05/27/2008 | 09:48 | Order | 2 | DDT | B219073 | 5.70 | 2.46 |