(Rev. 5/05)


ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Bernard F. Woods   215300__
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Brian Grant__

(2) __Mark Grajewski__

(3) __Terry Oconner__
     (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
:         6
: _____
:     (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: **CIVIL COMPLAINT**
: 
: 
: • • Jury Trial Requested
: 
:     FILED
:     JUN 30 2008
:     U.S. DISTRICT COURT
:     DISTRICT OF DELAWARE

I. **PREVIOUS LAWSUITS**

  A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  __None__

This is the last of the defendants on this additional sheet. Part of page two

Bernard F Woods, 215300 (Inmate Number)

VS.

Travis McDermott
   Defendants

Name of forth defendant Travis McDermott
Employed as New Castle County Police Patrolman at New Castle County Police Dept.
Mailing address with zip code   3601 N DuPont Highway. New Castle, DE 19720

Statement of Claim, Facts of the case. Defendant involvement

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes • (No)

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: I was told that my matters were civil and that my Civil Right were violated so it a Federal case.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Brian Grant
   Employed as New Castle County Detective at New Castle County Police Dept
   Mailing address with zip code: 3601 N. DuPont Highway, New Castle, DE. 19720

(2) Name of second defendant: Mark Grajewski
   Employed as New Castle County Detective at New Castle County Police Dept.
   Mailing address with zip code: 3601 N DuPont Highway, New Castle, DE. 19720

(3) Name of third defendant: Terry Oconnor
   Employed as New Castle County K-9 Unit at New Castle County Police Dept.
   Mailing address with zip code: 3601 N. DuPont Highway, New Castle, DE. 19720

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Sept the 12, 2007, Detector Brian Grant was serving a warrant for Plaintiff arrest and a search warrant of Plaintiff parents house 111 Schafer Blvd Newcastle, DE. Plaintiff was viciously attack, tase, kick, punch and bitten by the K-9 several times while handcuff on the ground. Detector Brian Grant conspired with fellow officers, Mark Grajewski, and Travis McDermott used false statement to deceive the judge in order to procure another search warrant while all long the officers already had possess and charged Plaintiff two hours before they used a perjuried statement knowingly.

2. On Sept the 12, 2007, Detector Mark Grajewski was serving a warrant for Plaintiff arrest and a search warrant of Plaintiff parents house 111 Schafer Blvd Newcastle, DE. Plaintiff was tase and kick, punch all in the head and face by Detector Mark Grajewski; then held down while the K-9 attacked Plaintiff.

V. **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like and hope that the court would grant my claim a hearing to make a decision that would determine if Plaintiff claims have enough of preponderance evidence to hold all of the defendants name on this claim accountable for their inappropriate conduct.

3

This is the extra sheet for the Statement of CLAIM This how each defendant is involved. This is the continue of page three section IV.

- was handcuff facing down on the ground at the time of the officer assault of Plaintiff. Detector Mark Grajewski conspire with fellow officers Brian Grant and Travis McDermott used false and tainted statement to deceive a judge in order to procure a search warrant for more evidence that was aready in the officers possession deliberately, knowingly and intentionally or with reckless disgard for the truth.

3. On Sept the 12, 2007 K-9 Officer Terry Oconnor was assisting his fellow with a arresst warrant and search warrant for Plaintiff and the home of Plaintiff parents 111 Schafer Blvd, New Castle, DE. Officer Terry Oconnor released his K-9 all while Plaintiff was being tase, handcuff and down facing the ground while laughing with his fellow officers letting his K-9 attack Plaintiff more than three times.

4. On Sept the 12, 2007 Officer Travis McDermott conducted an interview with Plaintiff during the course of the interview Officer Travis McDermott asked Plaintiff about several things founded the including the guns that were in the basement rafters, indicating their awareness of the guns but Officer McDermott fabricate a false statement that never happen in the recorded interview this was malice intentionally as result for probable cause to procure a second search warrant for evidence that was already in the officer possession deceiving the judge with disregard the truth.

2. I would hope that there be a procedure to determine how the defendants agency allow the defendants to conspired and tainted evidence before a judge. If the Police Department's lack of supervision over the defendants corruption contributed to their misconduct and if the Dept is liable.

3. If the court find favorable in Plaintiff claim, Plaintiff would ask for punitive damages to be determine by what the court would deem appropriate. I would like for the charges that are from the defendants misconduct to be annulled.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of June, 2008

Bernard F Woods
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Bernard F Woods 215300 1-A-8
H.R.Y.C.I
1301 E 12th Street
Wilm, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Legal Mail

Legal Mail