IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BERNARD F. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-396-SLR |
| | ) |
| BRIAN GRANT, MARK GRAJEWSKI, TERRY OCONNOR, AND TRAVIS MCDERMOTT, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JUL 3 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

I, Bernard F. Woods, SBI #215300, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $17.47 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 28th, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: July 28th, 2008.

_Bernard F. Woods_
Signature of Plaintiff

Bernard Woods 215300 Infirmary
H.R.Y.C.I
2016 E 13th Street
Wilm, DE 19801

Attn Clerk of Court
Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801-3570

